1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9  Bertha Santos,                          )   No. CV 08-723-PHX-JAT
                                           )
10              Plaintiff,                  )   **ORDER**
                                           )
11  vs.                                     )
                                           )
12                                          )
    Corrections Corporation of America,    )
13                                          )
                Defendant.                  )
14                                          )
                                           )
15  _____

16      On May 12, 2008, the Court issued the following order:

17      "Inquiring whether the court has jurisdiction is a federal judge's first duty in
        every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350
18      F.3d 691, 693 (7th Cir. 2003).
        In this case, the complaint fails to sufficiently plead jurisdiction.  *See* 28
19      U.S.C. § 1332; *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088 (9th Cir.
        1083); *Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092, 1094 (9th Cir.
20      1990).
        Accordingly,
21      **IT IS ORDERED** that by May 19, 2008, Plaintiff (as the party asserting
        jurisdiction and therefore, with the burden of pleading jurisdiction, *see id.*)
22      shall file an amended complaint properly alleging federal subject matter
        jurisdiction, or this case will be dismissed without prejudice for lack of federal
23      subject matter jurisdiction.
        **IT IS FURTHER ORDERED** that Plaintiff is cautioned that she will be
24      given one opportunity to amend to cure the jurisdiction defects.  The Court
        will not issue additional sua sponte show cause orders to assist Plaintiff in
25      pleading jurisdiction.  Therefore, if the amended complaint fails to plead
        federal subject matter jurisdiction, this case will be dismissed (without
26      prejudice) without the Court sua sponte granting Plaintiff any further
        opportunities to amend.
27
    Doc. #9.
28

On May 12, 2008, Plaintiff filed an amended complaint. The amended complaint did not cure all the defects in the jurisdictional allegation. Specifically, although jurisdiction is claimed to be based on diversity, no citizenship of the Plaintiff is alleged. Instead Plaintiff states that she is a resident alien who resides in California. The Court cited Plaintiff to *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088 (9th Cir. 1083), which holds that resident aliens are not citizens of the United States and therefore cannot avail themselves of federal court based on diversity of citizenship. *Kantor*, 704 F.2d at 1090 ("To show state citizenship for diversity purposes under federal common law a party must (1) be a citizen of the United States... ."). Because Plaintiff has failed to allege sufficient facts to support diversity jurisdiction,

**IT IS ORDERED** dismissing this case, without prejudice, for lack of federal subject matter jurisdiction.

DATED this 19th day of May, 2008.

_____
James A. Teilborg
United States District Judge